UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MLE MUSIC, JERRY LEIBER MUSIC, MIKE STOLLER MUSIC and DOORS MUSIC COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>FRWSC, INC. and JEANNE M. PADILLA<br><br>Defendants. | CIVIL ACTION<br>NO. 07-10968-DPW |

ORDER
April 23, 2010

Woodlock, J.

No opposition having been filed, despite an extended period in which to do so, to Plaintiffs' Motion (#40) for Approval to Levy on Defendant's Cash Register Receipts, Liquor and Liquor License and the motion appearing well-founded, the motion is hereby ALLOWED.

Accordingly, the United States Marshal's Office, the Bristol County Deputy Sheriffs Office or a duly authorized constable is hereby ordered:

1. To levy upon the cash register receipts of Defendant located at 36 Water Street, Fall River, MA 02720, and doing business as Water Street Café; and

2. To levy upon, seize and sell the liquor license issued

-1-

        to Defendant pursuant to M.G.L. c. 138, §12, which is kept on Defendant's premises located at 36 Water Street, Fall River, MA 02720, and doing business as Water Street Café.

until the outstanding amount of the execution, plus interest and costs of demand, seizure and sale are satisfied.



DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE